ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

75,864-03

RE: GUZMAN BARTHOLOMEW ANTONIO
CCA NO. WR-75,864-03
Trial Court Case No. 1D53411-A

April 24, 2015

Dear Clerk:

   I am writing in regards of the above cause number. I am no longer housed at Wynne Unit 810 FM 2821 Huntsville, Texas 72349. My new address (Housing) is Spn 00922880 7G2 701 north San Jacinto Houston, Texas 77002. So I ask could you please mail any further Orders, etc, to me at my new address intill further notice to avoid any delays?

   Thank you for your time and help in this most urgent matter.

                              Sincerely,

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 29 2015
Abel Acosta, Clerk

                    Bartholomew A. Guzman
                    Bartholomew Antonio Guzman
                    Spn 00922880   7G2
                    701 north San Jacinto
                    Houston, Texas 77002

                         Pro-se

CC: File